I'm going to try to convert it into a model of how much it costs. To do that, I'm going to go to the first article, and I'm going to search for KPIHP, and I'm going to put the KPIHP price. I'm going to put it at $4, but I'm going to put it at $9. I'm going to put it at $12, and I'm going to put it at $13. I'm going to put it at $11. I'm going to put it at $14.   I'm going to put it at $15, and I'm going to put it at $20. I'm going to put it at $11. I'm going to put it at $10.
judges: Schroeder, Wardlaw, Owens